BRETT L. TOLMAN, U.S. Attorney (#8821)
JEANNETTE F. SWENT, Assistant U.S. Attorney (#6043)
Attorneys for the United States of America
185 South State Street, #400
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682
Email: Jeannette.Swent@usdoj.gov
Associated Local Counsel

Mary Jo O'Neill   AZ #005924 (Pro Hac Vice)
Sally C.  Shanley AZ# 012251 (Pro Hac Vice)
Veronica A. Molina NM #7967 (Pro Hac Vice)
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012
Telephone: (602) 640-4773
Email:  mary.oneill@eeoc.gov
         sally.shanley@eeoc.gov
         veronica.molina@eeoc.gov

Attorneys for Plaintiff


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Equal Employment Opportunity Commission, | ) )  **Civil No. 2:08-CV-00591-TC** |
| Plaintiff, | ) ) ) ) |
| vs. | ) )  **COMPLAINT** |
| Lehi Roller Mills Co. Inc., | ) )  **JURY TRIAL DEMANDED** |
| Defendant. | ) ) ) ) |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to

correct unlawful employment practices on the basis of age and to provide

appropriate relief to James Alan Breece who was adversely affected by such practices.  The Commission alleges Defendant Lehi Roller Mills Company ("Lehi Roller Mills" or "Defendant") discriminated against Mr. Breece by discharging him because of his age, 49, at the time of his termination.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Section 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§216(c) and 217.

2.      The employment practices alleged to be unlawful were, and are now, being committed within the jurisdiction of the United States District Court for the District of Utah.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA, and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4.      At all relevant times, Lehi Roller Mills has continuously been a Utah company doing business in the State of Utah and has continuously had at least 15 employees.

5.     At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## STATEMENT OF CLAIMS

6.     More than thirty days prior to the institution of this lawsuit, James Breece filed a charge of discrimination with the Commission alleging a violation of the ADEA by Defendant.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.     Since at least March 2003, Defendant has engaged in unlawful employment practices at its Lehi, Utah facility, in violation of Section 623(a)(1) of the ADEA, 29 U.S.C. § 623(a)(1), including, but not limited to:

A.     On or about March 28, 2003, James Breece was 49 years old;

B.     On or about March 28, 2003, Mr. Breece was qualified for his position as plant manager and/or was performing the duties of plant manager satisfactorily;

C.     On or about March 28, 2003, Defendant's owner and president and a management official, during a meeting with Mr. Breece, made age-biased comments to Mr. Breece, including, but not limited to, telling Mr. Breece that he was "getting old," and that it wanted to implement new ideas from younger employees.

D.     On or about March 28, 2003, Mr. Breece was placed on a leave of absence by Defendant's owner and president during the same meeting referenced in Paragraph C. above; and during the leave of absence, Mr. Breece was replaced by a younger worker.

E.    On or about June 28, 2003, Mr. Breece's employment was terminated.

8.    The effect of the practices complained of in Paragraph 7 above has been to deprive Mr. Breece of equal employment opportunities and otherwise adversely affect his status as an employee, because of his age.

9.    The unlawful employment practices complained of in Paragraph 7 were and are intentional.

10.    The unlawful employment practices complained of in Paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Mr. Breece.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining Defendant Lehi Roller Mills, its officers, successors, assigns, and all persons in active concert or participation with them from engaging in age discrimination.

B.    Order Defendant to institute and carry out policies, practices, and programs, which provide equal employment opportunities for individuals ages 40 and older, and which eradicate the effects of its past and present unlawful employment practices.

C.    Order Defendant to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Mr. Breece, whose wages are being unlawfully withheld as a result of the acts complained of in Paragraph 7 above.

D.    Order Defendant to make whole Mr. Breece by providing the

affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful-place reinstatement or, alternatively, front pay.

E.      Grant such further relief as the Court deems necessary and proper in the public interest.

F.      Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

RESPECTFULLY SUBMITTED this 6th day of August, 2008.

Brett L. Tolman
United States Attorney

s/Jeannette F. Swent
Jeannette F. Swent


UNITED STATES ATTORNEY
185 S.  State #400
Salt Lake City, Utah 84111

Associated Local Counsel for Plaintiff

Ronald S. Cooper
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W.
Washington, D.C.  20507

s/ Mary Jo O'Neill
Mary Jo O'Neill
Regional Attorney

s/Sally C. Shanley
Sally C. Shanley
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, Phoenix District Ofc.
3300 N. Central Ave., Suite 690
Phoenix, Arizona  85012

s/ Veronica A. Molina
Veronica A. Molina
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, Albuquerque Area Ofc.
505 Marquette N.W., Suite 900
Albuquerque, New Mexico 87102

Attorneys for Plaintiff