IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>LEHI ROLLER MILLS CO., INC.,<br><br>Defendant. | ORDER AND<br><br>MEMORANDUM DECISION<br><br><br><br>Case No. 2:08-CV-591 (TC) |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Equal Opportunity Commission (EEOC) filed a motion for leave to submit an amended complaint, which would present an additional claim for alleged violation of the Americans with Disabilities Act. (Pl.'s Mot., Docket No. 45.) Defendant Lehi Roller Mills opposed the motion. (Def.'s Mem. Opp'n, Docket No. 46.)

On October 16, 2009, the court held a hearing on the EEOC's motion. For the reasons set forth at the close of the hearing, the EEOC's motion for leave to amend is granted.

DATED this 16th day of October 2009.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
Chief Judge